**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Herring, et al., | No. CV 06-2622-PHX-PGR |
| Plaintiffs, | |
| v. | **ORDER** |
| Countrywide Home Loans, Inc., et al., | |
| Defendants. | |

    Pending before the Court is the Defendants' Request for Settlement Conference and Concurrent Stay of Pending Deadlines (Doc. 19 ). Through the motion, Defendants ask for the Court's intervention in order to facilitate a Settlement Conference in this case. Specifically, Defendants request that the Court "appoint a magistrate judge to conduct a formal settlement conference ... at the earliest date and time convenient to the court and counsel." However, it is the Court's policy to refrain from ordering parties to attend any type of settlement conference or mediation unless all parties are in agreement. Presently, the Plaintiffs have not given their commitment to participate in a settlement conference; therefore, the Defendants' motion must be denied. If the parties find that Court intervention is necessary in the future, a joint request can be made. Therefore,

    IT IS ORDERED that the Defendants' Request for Settlement Conference and Concurrent Stay of Pending Deadlines (Doc. 19) is DENIED.

1  IT IS FURTHER ORDERED that the Defendants' Request for Expedited of
2  Consideration of Request for Settlement Conference and Concurrent Stay of Pending
3  Deadlines is DENIED as MOOT.
4  DATED this 3rd day of January, 2007.

Paul G. Rosenblatt
United States District Judge