Case 3:06-cv-02622-PGR   Document 39   Filed 04/16/07   Page 1 of 2

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Herring, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Countrywide Home Loans, Inc., et al.,<br><br>    Defendants. | No. CV 06-2622-PHX-PGR<br><br>**ORDER** |

The parties having agreed and stipulated to permit Defendants Countrywide Home Loans, Inc., Countrywide Financial Corporation, and ReconTrust Company, N.A. to file their First Amended Answer, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants have leave to file their First Amended Answer.

In addition, the parties having stipulated and jointly moved the Court to modify its March 6, 2007 Order by postponing the Plaintiffs' deadline to reply in support of Plaintiffs' Motion for Partial Summary Judgment until and including May 9, 2007, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs may have until May 9, 2007 to jointly reply in support of Plaintiffs' Motion for Partial Summary Judgment and respond to Defendants' Cross-Motion for Summary Judgment.

1   DATED this 16th day of April, 2007.

2

3

4                                         Paul G. Rosenblatt
                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -