**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Vanessa Herring,<br><br>            Plaintiffs,<br>   vs.<br><br>Countrywide Home Loans, Inc., et al.,<br><br>            Defendants. | No. CV-06-2622-PCT-PGR<br><br>ORDER |

   Pursuant to the parties' Stipulation for Dismissal of Counts Five and Six of Plaintiffs' Complaint (doc. #66),

   IT IS ORDERED that Count Five and Count Six of the plaintiffs complaint are dismissed without prejudice.

   DATED this 29th day of October, 2007.

_____
Paul G. Rosenblatt
United States District Judge