**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Vanessa Herring,<br><br>      Plaintiffs,<br>vs.<br><br>Countrywide Home Loans, Inc., et al.,<br><br>      Defendants | No. CV-06-2622-PCT-PGR<br><br>ORDER |

The parties having filed a Joint Stipulation for Dismissal of Action With Prejudice (doc. #79) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

    IT IS ORDERED that the Clerk of the Court shall terminate this action.

    DATED this 5th day of March, 2008.

_____
Paul G. Rosenblatt
United States District Judge